

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00746-CV

**ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Catherine **CLARK**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19821
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of the appeal are taxed against appellant Alamo Heights Independent School District.

SIGNED October 21, 2015.

_____
Rebeca C. Martinez, Justice